# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ISMAEL F. ARNAIZ, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | |
| DEBORAH HICKEY, Warden, | : | |
| Respondent. | : | NO. CV208-97 |

### O R D E R

On July 9, 2009, Magistrate Judge James E. Graham entered a report and recommendation suggesting dismissal of Plaintiff's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Presently before the Court are Arnaiz's objections to the report and recommendation.

After an independent review of Arnaiz's objections to the Magistrate Judge's findings, the Court concurs with the Magistrate Judge's suggested disposition of the case and hereby **ADOPTS** the report and recommendation as the order of the Court. Plaintiff's objections are **OVERRULED**. Dkt. No. 29. The Clerk shall enter judgment accordingly.

**SO ORDERED**, this __16th__ day of September, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA